# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00523-CR

**Sammy Larkin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
### NO. 00-174, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for possession of cocaine. Sentence was imposed on November 7, 2000. The deadline for perfecting appeal was December 7, 2000. Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on September 6, 2001. We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: October 18, 2001

Do Not Publish